ORIGINAL

RECEIVED
SEP 4 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

08-628 C

Plaintiff(s) or Petitioner(s)
A.A.B Joint Venture

*If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.*

Name of the attorney of record (See RCFC 83.1(c)): Brian Cohen
Firm Name: Bell, Boyd & Lloyd LLP
Post Office Box:
Street Address: 1615 L Street, N.W., Suite 1200
City-State-Zip: Washington, D.C. 20036
Telephone & Facsimile Numbers: (202) 955-6836 and (202) 835-4117

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No
*If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.*

Nature of Suit Code: 1 0 0
*Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.*

Agency Identification Code: D O D
*See attached sheet for three-digit codes.*

Amount Claimed: $ 1,113,000
*Use estimate if specific amount is not pleaded.*

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No
*If yes, please note that two copies are necessary.*

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ N/A
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: N/A

Related Cases:
Is this case directly related to any pending or previous case? ☒ Yes ☐ No
*If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.*